AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*　　　DISTRICT OF   NEVADA

STEVEN EUGENE FORD,

     Plaintiff,　　　　　JUDGMENT IN A CIVIL CASE
V.

                                      CASE NUMBER: **3:10-cv-00370-RCJ-RAM**

FBI, CIA, NSA,

     Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Court has reviewed the Magistrate Judge's Report and Recommendation (Document No. 12) and accepts it. Accordingly, this action is dismissed with prejudice.


  November 24, 2010　　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                                 Clerk


                                                                  /s/ Katie Lynn Ogden
                                                                    Deputy Clerk